**DISMISS and Opinion Filed January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01500-CV

**JEFFORY G. SNOWDEN, Appellant**
**V.**
**TRACY EDMONDSON GAMBLE D/B/A FRISCO STRONG, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02116-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant appeals from the trial court's November 15, 2019 interlocutory order granting the motion to dismiss pursuant to the Texas Citizens Participation Act (TCPA) filed by appellee, one of three defendants. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003. The Court questioned its jurisdiction over this appeal because only an order denying a TCPA motion is subject to an interlocutory appeal. *See id.* § 51.014(a)(12). We instructed appellant to file a letter brief addressing the Court's concern with an opportunity for appellee to file a response. The parties complied.

Appellant filed a letter brief stating his notice of appeal was filed in error. He also filed a second amended notice of appeal stating that he is appealing two interlocutory orders signed on January 10, 2020. As stated in our letter dated January 24, 2020, appellant may not file an amended

notice of appeal to add new orders.  *See* TEX. R. APP. P. 25.1(g) (amended notice of appeal allowed to correct a defect or omission in an earlier filed notice of appeal).

Appellant appealed the order granting appellee's TCPA motion to dismiss.  Because this order is not subject to an interlocutory appeal, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


191500F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEFFORY G. SNOWDEN, Appellant

No. 05-19-01500-CV     V.

TRACY EDMONDSON GAMBLE D/B/A
FRISCO STRONG, Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-02116-2018.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TRACY EDMONDSON GAMBLE D/B/A FRISCO STRONG recover her costs of this appeal from appellant JEFFORY G. SNOWDEN.

Judgment entered January 29, 2020.